**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JUAN M. CRESPO-MORALES
*Defendant.*

CRIMINAL CASE 94-372 (RAM)

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

Juan M. Crespo-Morales filed *Motion in Compliance* (Docket No. 329). In it, personal information regarding the defendant will be disclosed and discussed. To maintain the privacy of the information contained in the motion, Mr. Crespo-Morales requests leave to file the motion using the "Selected Parties" viewing restriction. This motion is filed in compliance with Standing Order No. 9 issued by Honorable Aida M. Delgado-Colon, Chief Judge of the United States District Court for the District of Puerto Rico, Misc. No. 03-419 (ADC).

Wherefore, Mr. Crespo-Morales respectfully requests that the Honorable Court approve the requested restriction on viewing the related motion.

I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Respectfully submitted i**n** In San Juan, Puerto Rico, September 21, 2026.

**Rachel Brill**
**Federal Public Defender Office**
**District of Puerto Rico**

S/Isabelle Oria-Calaf
Isabelle Oria-Calaf

Assistant Federal Public Defender
USDC-PR 226905
241 Franklin D. Roosevelt Avenue
Hato Rey, PR 00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail: isabelle_oria@fd.org